[COUNSEL LISTED ON SIGNATURE PAGE]

**E-filed 6/28/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INVESTOOLS, INC. and PROPHET FINANCIAL SYSTEMS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>ABLAISE LTD., and GENERAL INVENTORS INSTITUTE A, INC.<br><br>Defendants. | CASE NO. C 06-02936-JF<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

1 | Due to a conflict in schedules, the parties through their respective counsel hereby stipulate that the Case Management Conference currently scheduled for July 14, 2006, shall be moved to July 21, 2006, at 10:30 a.m.

By her signature below, counsel for Plaintiffs swears under penalty of perjury that counsel for Defendants concurred in the filing of this document.

Dated:  June 22, 2006

By:   s/
Linda J. Thayer, Esq. (SBN 195,115)
linda.thayer@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:    (650) 849-6600
Facsimile:    (650) 849-6666

Attorneys for Plaintiffs
INVESTOOLS, INC. and
   PROPHET FINANCIAL SYSTEMS, INC.

Dated: June 22, 2006

By:   s/
Martin L. Fineman (SBN 104413)
martinfineman@dwt.com
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Suite 600
San Francisco, California  9411103834
Telephone:  (415) 276-6500
Facsimile:  (415) 276-6599

Attorneys for Defendants
ABLAISE LTD. and GENERAL
INVENTIONS INSTITUTE A, INC.

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Date:   6/23/06

_____
The Honorable Jeremy Fogel
United States District Court Judge

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE; [PROPOSED] ORDER
CASE NO. C 06-02936-JF

1