**E-filed 9/13/06**

1  See Counsel List Next Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INVESTOOLS INC. and PROPHET FINANCIAL SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC., <br><br> Defendants. | CASE NO. C06-02936 JF <br><br> **STIPULATION [AND ~~PROPOSED~~ ORDER] REGARDING FILING OF PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT OF NON-INFRINGEMENT** |
| ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC., <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> INVESTOOLS INC. and PROPHET FINANCIAL SYSTEMS, INC., <br><br> Counterclaim-Defendants. | |

1    The parties through their respective counsel hereby stipulate that, subject to the approval of
2 this Court, Plaintiffs Investools, Inc. and Prophet Financial Systems, Inc. be granted leave to file its
3 First Amended Complaint, a copy of which is attached hereto (without exhibits) as Exhibit 1.
4 Plaintiffs' First Amended Complaint shall be filed within two days after the Court signs this Order.

   By her signature below, counsel for Plaintiffs swears under penalty of perjury that counsel
5
6 for Defendants concurred in the filing of this document.

7

8  Dated:  September 12, 2006                                  Dated: September 12, 2006

9
   By:  ___s/_____                       By: ___s/_____
10 Linda J. Thayer, Esq. (SBN 195,115)                          Martin L. Fineman (SBN 104413)
   linda.thayer@finnegan.com                                    martinfineman@dwt.com
11 FINNEGAN, HENDERSON, FARABOW,                                DAVIS WRIGHT TREMAINE LLP
   GARRETT & DUNNER, L.L.P.                                     505 Montgomery Street, Suite 600
12 Stanford Research Park                                       San Francisco, California  94111-6533
   3300 Hillview Avenue                                         Telephone:  (415) 276-6575
13 Palo Alto, California  94304-1203                            Facsimile:  (415) 276-6599
   Telephone:    (650) 849-6600
14 Facsimile:    (650) 849-6666

15 Attorneys for Plaintiffs                                     Attorneys for Defendants
   INVESTOOLS, INC. and                                         ABLAISE LTD. and GENERAL
16   PROPHET FINANCIAL SYSTEMS, INC.                            INVENTIONS INSTITUTE A, INC.

17

18

19
                                    **[PROPOSED] ORDER**
20
   IT IS SO ORDERED.
21

22
       9/13/06
23 Date:  _____                _____
                                             The Honorable Jeremy Fogel
24                                           United States District Court Judge

25

26

27

28

                                                                 **STIPULATION [AND PROPOSED ORDER] RE FILING**
                                          1                       **OF PLAINTIFFS' FIRST AMENDED COMPLAINT**
                                                                                            C06-02936 JF