Linda J. Thayer, Esq. (SBN 195,115)
linda.thayer@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone:   (650) 849-6600
Facsimile:   (650) 849-6666

Paul C. Van Slyke *(Admitted, Pro Hac Vice)*
pvanslyke@lockeliddell.com
Mathew G. Reeves *(Admitted, Pro Hac Vice)*
Nathan Dunn *(Admitted, Pro Hac Vice)*
ndunn@lockeliddell.com
LOCKE LIDDELL & SAPP, LLP
3300 Chase Tower
600 Travis
Houston, TX 77002
Telephone: (713) 226-1406
Facsimile: (713)
Attorneys for Plaintiff
INVESTOOLS INC. and
   PROPHET FINANCIAL SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INVESTOOLS INC. and PROPHET FINANCIAL SYSTEMS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>ABLAISE LTD., and GENERAL INVENTORS INSTITUTE A, INC.<br><br>Defendants. | CASE NO. C 06-02936-JF<br><br>**AGREED DISMISSAL WITH PREJUDICE** |

Plaintiffs, INVESTools Inc. and Prophet Financial Systems, Inc., and the defendants, Ablaise Ltd. and General Inventors Institute A, Inc. have reached a settlement under an agreement ("Settlement Agreement") dated October 25, 2006 and agree to this Dismissal With Prejudice. Accordingly,

1  IT IS ORDERED THAT all claims and counterclaims in the action are dismissed with
2  prejudice, including all claims and counterclaims that might have been brought in this action.
3  The Court retains jurisdiction to enforce the terms of the Settlement Agreement.
4  Each party shall bear its own costs and attorney's fees.
5  IT IS SO ORDERED this __20th__ day of __November__, 2006.

*[signature]*

UNITED STATES DISTRICT JUDGE
JEREMY FOGEL

AGREED TO IN FORM AND SUBSTANCE:

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.

By *[signature]*
Linda J. Thayer, Esq. (SBN 195,115)
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:  (650) 849-6600
Facsimile:  (650) 849-6666

LOCKE LIDDELL & SAPP LLP

By: *[signature]*
Paul C. Van Slyke
Matthew G. Reeves
Nathan Dunn
3400 Chase Tower
600 Travis
Houston, TX  77002
Telephone:  (713) 226-1406
Facsimile:  (713) 223-3717
ATTORNEYS FOR PLAINTIFFS,
INVESTOOLS INC. AND
PROPHET FINANCIAL SYSTEMS, INC.

DAVIS WRIGHT TREMAINE LLP

By: _____
Martin L. Fineman (104413)
505 Montgomery Street, Suite 600
San Francisco, California 94111-6533
Telephone: (415) 276-6575
Facsimile: (415) 276-6599

NIRO, SCAVONE, HALLER & NIRO

By: _____
Thomas G. Scavone
Matthew G. McAndrews
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
Telephone: (312) 236-0733
Facsimile: (312) 239-3137
ATTORNEYS FOR DEFENDANTS, ABLAISE LTD.
AND GENERAL INVENTORS INSTITUTE A, INC.